1  DANIEL L. HARRALSON, BAR NO. 109322
   Daniel L. Harralson Law Corporation
2  P.O. Box 26688-6688
   Fresno, California 93729
3  Telephone (559) 486-4560
   Facsimile (559) 486-4320
4

5  Attorney for Defendant KEOUN SAN

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:06-CR-00313 |
| Plaintiff, | ) **STIPULATION TO CONTINUE SENTENCING** |
| vs. | ) **HEARING; ORDER** |
| KEOUN SAN, | ) Sentencing Date: March 26, 2010 |
| Defendant. | ) Time: 9:00 am |
| | ) Dept.: Honorable Judge O'Neil |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for March 26, 2010 at 9:00 am, **may be continued to May 7, 2010.**

The continuance is requested by counsel for Defendant, KOUEN SAN to allow additional time for Defendants cousin Peter San to travel from Tennessee to Fresno to care for Defendants elderly father.

DATED: March 11, 2010               Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**


　　/s/ daniel harralson
DANIEL L. HARRALSON
Attorney for Defendant



DATED: March 11, 2010               **UNITED STATES ATTORNEYS OFFICE**


　　/s/
Kathleen Servatius
Attorney for United States


# ORDER
-----

*IT IS SO ORDERED*. Time is excluded in the interests of justice pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)

DATED: March 15, 2010       /s/ Lawrence J. O'Neill
                            LAWRENCE J. O'NEILL, Senior Judge
                            United States District Court